...

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

SHIVA STEIN,

        Plaintiff,

v.

MANDIANT, INC., ENRIQUE SALEM, KEVIN MANDIA, KIMBERLY ALEXY, SARA ANDREWS, RONALD E.F. CODD, ARTHUR W. COVIELLO, JR., ADRIAN MCDERMOTT, VIRAL PATEL, and ROBERT SWITZ,

        Defendants.

------------------------------------------------------------

Civ. No.   1:22-cv-2697

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Shiva Stein hereby voluntarily dismisses her individual claims in the above-captioned action (the "Action") with prejudice. Because this notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

DATED: June 6, 2022

Respectfully submitted,

**MELWANI & CHAN LLP**

/s Gloria Kui Melwani
Gloria Kui Melwani (GM5661)
1180 Avenue of the Americas, 8th Floor
New York, New York 10036
Tel: (212) 382-4620
Email: gloria@melwanichan.com

*Attorneys for Plaintiff*

So ordered.

[signature]
6/8/22